# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABRAHAM SZOMOR,<br><br>　　　　Plaintiff,<br><br>　　　　　　v.<br><br>SCHEDULE A DEFENDANTS, et al.,<br><br>　　　　Defendants | Case No.: 25-cv-01696<br><br>Hon. Judge William S. Stickman |

**PLEASE TAKE NOTICE**, the Defendants identified in the attached list (hereinafter referred to as the "Group A Defendants" or "Defendants"), by and through their undersigned counsel, requests that a copy of the pleadings and all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated: December 12, 2025

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Jiyuan Zhang*
　　　　　　　　　　　　　　　　　　　　By: Jiyuan Zhang, Esq.
　　　　　　　　　　　　　　　　　　　　**J. Zhang and Associates, P.C.**
　　　　　　　　　　　　　　　　　　　　3712 Prince Street, Ste 9C
　　　　　　　　　　　　　　　　　　　　Flushing, NY 11354
　　　　　　　　　　　　　　　　　　　　Tel: 718.701.5098
　　　　　　　　　　　　　　　　　　　　contact@jzhanglaws.com

　　　　　　　　　　　　　　　　　　　　***Attorney for Defendants***

**Group A Defendants**

| Defendant's Name | Def. No. |
| --- | --- |
| Beautiful life in dream | NO.142 |
| Good merchant Y | NO.69 |
| Magical posters | NO.60 |
| Steven Original Poster Factory | NO.92 |
| thebester | NO.105 |

**AFFIRMATION OF SERVICE**

I, Jiyuan Zhang, an attorney, certifies that on December 12, 2025, a true and correct copy of **NOTICE OF APPEARANCE**, was filed via the CM/ECF electronic filing system, thereby serving it upon all counsel of record and all interested parties.

*/s/ Jiyuan Zhang*
Jiyuan Zhang, Esq