# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABRAHAM SZOMOR,<br><br>　　Plaintiff,<br><br>　　　　v.<br><br>SCHEDULE A DEFENDANTS, et al.,<br><br>　　Defendants | Case No.: 25-cv-01696<br><br>Hon. Judge William S. Stickman<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS FOR MISJOINDER** |

**AND NOW**, this _____ day of _____, 20_____, upon consideration of the **Motion to Dismiss for Misjoinder** filed by the Group A Defendants, it is hereby ORDERED as follows:

1. The Moving Defendants' Motion to Dismiss for Misjoinder (ECF No. 39) is GRANTED.
2. The Court finds that the Moving Defendants have been improperly joined in this action under Federal Rule of Civil Procedure 20, and that dismissal of the claims asserted against them pursuant to Federal Rule of Civil Procedure 21 is appropriate.
3. All claims asserted by Plaintiff against Group A Defendants, identified in the attached list are hereby DISMISSED [with / without] prejudice for improper joinder.
4. This Order does not affect Plaintiff's claims against any remaining defendants, which shall proceed in the ordinary course.
5. The Clerk shall update the docket accordingly.

　　　　　　　　　　　　　　　　　　　　SO IT IS ORDERED:

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Judge William S. Stickman
　　　　　　　　　　　　　　　　　　　　United States District Judge

## Group A Defendants

| Defendant's Name | Def. No. |
|---|---|
| Beautiful life in dream | NO.142 |
| Good merchant Y | NO.69 |
| Magical posters | NO.60 |
| Steven Original Poster Factory | NO.92 |
| thebester | NO.105 |