IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABRAHAM SZOMOR, | |
| Plaintiff, | Case No. 25-cv-01696 |
| v. | (Judge Hardy) |
| SCHEDULE A DEFENDANTS, *et al.*, | |
| Defendants. | |

## JOINT STIPULATION

Plaintiff, ABRAHAM SZOMOR ("Plaintiff"), and the Defendants identified in the attached list (hereinafter referred to as "Group A Defendants" or "Defendants"), by and through their respective undersigned counsel, in accordance with W.D. Pa. L.Cv.R. 7, hereby file their Joint Stipulation and state as follows:

Plaintiff shall file a response to the Defendants' Motion to Dismiss for Misjoinder [39] on or before January 23, 2026.

This stipulation is made pursuant to Fed. R. Civ. P. 6(b) and any applicable Local Rules, and no party will be prejudiced by the requested extension.

[SIGNATURES APPEAR ON FOLLOWING PAGE]

Respectfully submitted,

Dated: December 26, 2025

| | |
|---|---|
| /s/ Stanley D. Ference III | /s/ Jiyuan Zhang |
| Stanley D. Ference III | Jiyuan Zhang |
| Pa. ID No. 59899 | Bar No. 5707401 |
| courts@ferencelaw.com | contact@jzhanglaws.com |
| | |
| FERENCE & ASSOCIATES LLC | JZhang and Associates, P.C. |
| 409 Broad Street | 3712 Prince Street, Ste 9C |
| Pittsburgh, Pennsylvania 15143 | Flushing, NY 11354 |
| (412) 741-7400 - Telephone | Telephone: (718) 701-5098 |
| (412) 741-9292 - Facsimile | |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

## Group A Defendants

| Defendant Name | Def. No. |
|---|---|
| Magical posters | NO. 60 |
| Good merchant Y | NO. 69 |
| Steven Original Poster Factory | NO. 92 |
| thebester | NO. 105 |
| Beautiful life in dream | NO. 142 |