IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABRAHAM SZOMOR, <br><br> Plaintiffs, <br> v. <br><br> THE INDIVIDUALS, BUSINESS ENTITIES, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,", <br><br> Defendants. | Civil Action No. <br><br> 25-cv-01696 <br><br> (Judge Hardy) |

NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, through their undersigned attorney, hereby give notice of the voluntary dismissal, without prejudice, of all claims against Defendant(s):

| No. | Defendant |
|---|---|
| 25 | Crafted Wall Art |
| 30 | Wxm Art Painting |
| 36 | LFH ART |
| 49 | SAT Painting Gallery |
| 89 | Iron Artistry Gallery |
| 159 | LT ART |

Each party to bear its own attorneys' fees, costs, and expenses. The dismissed Defendants have neither answered Plaintiff's Complaint nor filed a responsive pleading. Accordingly, these Defendants may be voluntarily dismissed and without a court order under Rule 41(a)(1)(A)(i).

Respectfully submitted,

| | |
|---|---|
| Dated: January 23, 2026 | /s/ Stanley D. Ference III |
| | Stanley D. Ference III |
| | Pa. ID No. 59899 |
| | courts@ferencelaw.com |
| | |
| | FERENCE & ASSOCIATES LLC |
| | 409 Broad Street |
| | Pittsburgh, Pennsylvania 15143 |
| | (412) 741-8400 – Telephone |
| | (412) 741-9292 – Facsimile |
| | |
| | Attorney for Plaintiff |