IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ABRAHAM SZOMOR,

                       Plaintiff,

v.

A CANVAS PAINTING, *et al.*,

                       Defendants.

Civil Action No. 25-cv-1696

Judge Hardy

**ORDER**

AND NOW, this 18th day of March, 2026, upon consideration of Ann E. Cheetham's Motion to Withdraw as Counsel (ECF #58), IT IS HEREBY ORDERED that the Motion is GRANTED. The Clerk is directed to withdraw her individual appearance as counsel for the Plaintiff.

                                       */s/W. Scott Hardy*
                                       W. Scott Hardy
                                       United States District Judge